OPINION — AG — THE STATE BOARD OF AGRICULTURE MAY DECLARE A QUARANTINE, SETTING THE BOUNDARIES AND CONDITIONS THEREOF, IF IT IS DETERMINED, AFTER PROPER EXAMINATION, THAT ANY LIVESTOCK IN THE AREA IS OR MIGHT BE INFECTED WITH BRUCELLOSIS. CITE: 2 O.S. 1971 [2-1971], 6-99, 2 O.S. 1971 [2-1971], 6-121 2 O.S. 1971 [2-1971], 6-126, 2 O.S. 1971 [2-1971], 6-123 (AGRICULTURE, ANIMALS) (TIMOTHY FRETS)